IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELLY O. PHILLIPS<br>ANTHONY RICHARDS, SR.<br><br>   Plaintiff,<br><br>v.<br><br>PIKE COUNTY JAIL ADMINISTRATION,<br>et al.,<br><br>   Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*   2:06-CV-208-MEF<br>     2:06cv239-mEF |

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Pike County Jail. Plaintiffs have submitted a joint motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open two (2) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Kelly O. Phillips;

2. Assign the newly opened case(s) to the Magistrate Judge and District Judge to

which the instant cause of action is assigned;

3. Place a copy of the complaint and the request to proceed *in forma pauperis* filed by inmates Phillips and Richards in the newly opened case file(s);

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 15th day of March, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE