IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR -3 A 9: 54

Kelly Phillips #147985/ Anthony Richards )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 )  2:06cv239-MEF
v. )
 ) CIVIL ACTION NO. 2:06cv208-mef
Pike County Jail Administration )  (To be supplied by the Clerk of the
 )   U.S. District Court)
Jail Administrator - Mrs. Olivia )
Sheriff   Last name Unknown )
Ruxell Thomas / Capt. Doug Wheeler )
 )
Pike County Sherriff Dept. )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____
         
         Defendant(s) _____
         
      2.   Court (if federal court, name the district; if state court, name the county)
         _____
         _____
         
      3.   Docket No. _____
      
      4.   Name of Judge to whom case was assigned _____

**SCANNED**
C8 30606

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Pike** County Jail, Troy AL, 36081

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Pike County Jail Troy AL, 36081

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME  *Last name unknown*  ADDRESS

1. Mrs. Oliva - Pike Co. Jail Administrator / Pike Co. Jail, 120 W. Church St. Troy AL, 36081
2. Pike County Jail Administrative Proccedures / 120 W Church St, Troy AL, 36081
3. Deputy/Captin Doug ~~[crossed out]~~ Wheeler / 120 W Church St. Troy AL, 36081
4. Sheriff Russell Thomas / 120 W Church St. Troy AL 36081
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED [redacted] 2-17-06 / thru / [redacted] 3-1-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

① GROUND ONE: Medical Negligence / Refusal of Medical Treatment.
② Unhealty Living conditions for all inmates.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

(K.P) Upon Detainment on 2-15-06 I stated a medical condition in which was documented by jailer, and on 2-22-06 I sent a request to Mrs Olivia stateing problem had imflamed and bleeding was occurring because I am a state inmate, and until Kilby can receive me. Mrs Olivia refuses to send me to a local physician, or Doctor, and has denied the request to do so on 2-23-06 / 2-24-06 / 2-26-06 / 2-27-06 / and numerous phone calls have been made from Family Pearlie Partlow (334)-774-2819) and mother Ccie Phillips (334-293-3123 where she stated (Mrs Olivia) I, Kelly Phillips, have been checked out by physician and was fine. No records to prove her statement or that any attempt has been made to stop the bleeding. As of 3-1-06 I am still enternally bleeding, vomiting blood, and in my stode. 7 days is dangerous, and potentially fatel.
→ over.

2) Pike County Jail does no pre screening or to determine if inmates are housed safely or to seperate potentially harmful inmates or unhealthy inmates with contageous, sicknesses such as H.I.V. Tubercolosis, or othe potentially health hazzard deseases.

There are no stainless steele toilets or sinks in the facility to declare minimization of some health issues.

GROUND TWO: Unsafe, And Dangerous Living Environments, And, Denial of Excercise privillages. No inmates Are Allowed Outside.

SUPPORTING FACTS: Pike County Jail is A small institution. The upper parts are used For detaining inmates. Jail officals make NO routine checks of inmates, NO Headcounts, and the lack of cameras to observe inmates makes the enviroment hostile and in a negligent Kind of way. No Excercise privilages are Allowed under ANY circumstances. by rotateing shifts. Pike County can produce No records to show routin checks or headcounts are made

GROUND THREE: Denial of Use, or Access to Law Library And Courthouse Law Library.

SUPPORTING FACTS: On several attempts both Kelly Phillips And Anthony Richards have been denied Access to Law Library I on 2-17-06 - 2-19-06 - 2-20-06 - 2-22-06 For Every request Availability was Not made. Richards, Also denied on 4 attempts in Dec 04 - 05

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Investigate, Grant relief by changeing condictions of houseing and proceedures in Pike Co. Jail Troy Al. Review Decission by Pike Co. Officals to Allow Mrs Olivia to continue as Administrator.

Award monetary damages.

_Kelly Phillips_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 1, 2006. 12:36
(date)

#147985

_Kelly Phillips / Anthony Richards, Sr._
Signature of plaintiff(s)

-3-