11:13 A.m.                                          3-1-06 RECEIVED

2006 MAR -3 A 9:24

I Kelly Phillip / Anthony Richards are sending this letter requesting (2) two seperate indigent Forms stateing imformation circled at bottom of Form # 2. Because you are the Jail Administrator, It is both Lawful, and Just we submit this request to you. (Mrs. Olivia) At 11:13 Am on 3-1-06

Kelly Phillips #147985

Anthony Richards, Sr.

Please send Forms back along with imformation!

12:18 p.m. 3-1-06

Sent Back - Refused By Pike Co. Jail Administration. Mrs Olivia.
Wish ~~too~~ Courts to request For imformation.

Kelly Phillips #147985

Anthony Richards