**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Richards*

1. Article Addressed to:

   Thurnell Thomas
   120 W. Church St.
   Troy AL 36081

   order # 4 & comp (40)

2. Article Number
   (Transfer from service label)

   7003 2260 0005 4584 5463

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Della Fiji*         ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   DELLA FRAZIE                  3-21-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt  06-239    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Richards*

1. Article Addressed to:

   Rong Wheeler
   120 W. Church St.
   Troy AL 36081
   order # 4 i cnp (40)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Debra Fiji*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Debra Frazier  3-21-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 2260 0005 4584 5470

PS Form 3811, February 2004    Domestic Return Receipt  06-239    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. *Richards* | A. Signature<br>X _Debra Fuji_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Debra Flail    C. Date of Delivery: 3-21-06 |
| 1. Article Addressed to:<br><br>Mrs. Olivia<br>120 W. Church St.<br>Troy AL 36081<br><br>Order #4 i cmp (40) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 5456 |

PS Form 3811, February 2004    Domestic Return Receipt    06-239    102595-02-M-1540