IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY RICHARDS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-239-MEF |
| | ) | |
| PIKE COUNTY JAIL ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, N. Gunter Guy, Jr., and files this Notice of Appearance as attorney for Olivia Pearson, Pike County Jail Administration, Pike County Sheriff's Department, Russell Thomas, and Doug Wheeler in the above case.

    s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Anthony Richards, Sr.**
**Pike County Jail**
**120 W. Church Street**
**Troy, AL 36081**

        __s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com