IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY RICHARDS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-239-MEF |
| | ) | |
| PIKE COUNTY JAIL ADMINISTRATION, | ) | |
| *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against

the plaintiff and that this action is DISMISSED without prejudice.

DONE this 28th day of April, 2006.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE